UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

KMART CORPORATION,                    )
                                      )
        Plaintiff,                    )
                                      )
    vs.                               )        Case No. 4:08CV01682 ERW
                                      )
14 OAKS ASSOCIATES, LLC,              )
                                      )
        Defendant.                    )

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant/Counterclaim Plaintiff's Request for

Extension of Time to Respond to Discovery [doc. #27]. Defendant asks for ten additional days to

file objections, answers or otherwise respond to interrogatories and requests for production that

have been served upon them. Plaintiff consents to this request.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant/Counterclaim Plaintiff's Request for

Extension of Time to Respond to Discovery [doc. #27] is **GRANTED.**

Dated this 30th Day of June, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE